

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Earl Wade Allen

No. 06-22-00133-CR

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CR-22-28309). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's order denying habeas relief and delete from Allen's conditions of bond the condition that he have no contact with his wife, Liese Allen.

We further order that the appellee pay all costs of this appeal.

RENDERED DECEMBER 21, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk